IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Terrence Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **TO STAY** |
| vs. | ) | |
| | ) | |
| C.R. Bard, Inc., Bard Peripheral Vascular, Inc., | ) | |
| | ) | Case No. 1:20-cv-160 |
| | ) | |
| Defendants. | ) | |

On January 5, 2021, the parties filed a Notice of Settlement and Joint Motion to Stay Case. They advise that they have reached a settlement in principle. They request the court stay this case and for 120 days while they negotiate the operative settlement documents and finalize the settlement. The court **GRANTS** the parties' motion (Doc. No. 44). The scheduling conference scheduled for January 8, 2021, is cancelled. The case shall be stayed pending further order of the court. The parties shall have until May 5, 2021, to file a report of the status of their negotiations or otherwise file their closing documents.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2021.

<i>/s/ Clare R. Hochalter</i><br>
Clare R. Hochhalter, Magistrate Judge<br>
United States District Court